IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| LYNNETTE K. HEDINGER ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> COMMISSIONER OF SOCIAL ) <br> SECURITY, ) <br> JO ANNE B. BARNHART, ) <br> Defendant. ) <br> ) | C04-4108 MWB <br><br> JUDGMENT IN A CIVIL CASE |

This action came before the Court. The issues have been decided and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        That judgment shall enter in favor of the Commissioner and against Hedinger.

DATED: NOVEMBER 21, 2005

Pridgen J. Watkins
Clerk

s/src
(By) Deputy Clerk

JUDGMENT BOOK
68-36